UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC M. MCMILLIAN, )
        Plaintiff, )
)
v. )
)
) **JUDGMENT**
OFFICER L.G. LECONEY, )
        Defendant. ) No. 5:09-CV-175-BR
)
)

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment is GRANTED, and this case is CLOSED.

**This judgment filed and entered on June 2, 2011, and served on:**

Eric M. McMillian, pro se plaintiff (via US Mail)
Officer L.G. LeConey (via CM/ECF Notice of Electronic Filing)

June 2, 2011                 /s/ Dennis P. Iavarone
                                                   Clerk of Court